IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES WILLIAMS,

    Petitioner,                     No. 2:12-cv-3062 GEB CKD P

    vs.

WILLIAM KNIPP,                             <u>ORDER</u>

    Respondent.

_____/

        On January 8, 2012, the court ordered petitioner to inform the court how he wished to proceed on this matter, as he cannot proceed on a "mixed" petition. (Dkt. No. 6.) On January 15, 2013, petitioner requested a habeas corpus application and the "correct form" for a motion to stay this action. (Dkt. No. 7.) Petitioner is informed that there is no form available for a motion; however, the Clerk of Court will be directed to send petitioner an application for writ of habeas corpus.

        In light of the above, petitioner will be granted an extension of time to inform the court how he wishes to proceed. Failure to timely inform the court will result in a recommendation that this action be dismissed without prejudice.

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send petitioner an application for petition for writ of habeas corpus; and

2. Petitioner is granted thirty days from the date of this order to inform the court how he wishes to proceed in this matter as set forth in the January 7, 2013 order.

Dated: February 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
will3062.ord