IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES WILLIAMS,

    Petitioner,                    No. 2:12-cv-3062 GEB CKD P

    vs.

WILLIAM KNIPP,

    Respondents.                <u>FINDINGS & RECOMMENDATIONS</u>

                            /

        Petitioner commenced this action on December 20, 2012. (Dkt. No. 1.) On January 8, 2013, the undersigned determined that petitioner had filed a "mixed" petition containing both exhausted and unexhausted claims and directed petitioner to inform the court how he wished to proceed. (Dkt. No. 6.) On February 15, 2013, petitioner was granted a thirty-day extension of time to inform the court how he wished to proceed and advised that failure to do so would result in a recommendation that this action be dismissed. (Dkt. No. 8.) That thirty-day period has passed and petitioner has not responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1

1 days after being served with these findings and recommendations, petitioner may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).

  Dated: April 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
will3062.fta